USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/24/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VICTOR LOPEZ, *individually and on behalf of others similarly situated*,

                              Plaintiff,

-against-

THE HOTEL ON RIVINGTON MANAGING MEMBER CORP.,

                              Defendant.

19-CV-2717 (ALC)

**ORDER**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to this Court that this case has or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    May 24, 2019
             New York, New York

                                                     **HON. ANDREW L. CARTER, JR.**
                                                     **United States District Judge**

1